O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MARIE PACE-WHITE,<br><br>    Petitioner,<br><br>    v.<br><br>DEBRA K. JOHNSON,<br><br>    Respondent. | NO. EDCV 15-00461-SJO (MAN)<br><br>JUDGMENT |

    Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying A Certificate Of Appealability; And Referring Petition To Ninth Circuit Pursuant To Ninth Circuit Rule 22-3(a),

    IT IS ADJUDGED that this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: March 26, 2015.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE